IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HECTOR GOMEZ | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 13-1899 |
| v. | : | |
| | : | |
| UPPER DARBY TOWNSHIP, *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 11th day of April 2014, upon consideration of the *motion to dismiss Plaintiff's amended complaint* filed by Defendants Upper Darby Township, Michael Chitwood, William T. Sminkey, William McGoldrick and Timothy Bernhardt, pursuant to Federal Rule of Civil Procedure 12(b)(6) [ECF 7], Plaintiff's response in opposition thereto [ECF 10], and the allegations contained in the amended complaint [ECF 5], it is hereby **ORDERED** that the motion to dismiss is **GRANTED**, and Plaintiff's amended complaint is **DISMISSED**. The Clerk of Court is directed to close this matter for statistical purposes.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
NITZA I. QUIÑONES ALEJANDRO, J.